ACCEPTED
03-15-00646-CV
7835663
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 9:36:30 AM
JEFFREY D. KYLE
CLERK

IN THE THIRD DISTRICT COURT OF APPEALS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/16/2015 9:36:30 AM
JEFFREY D. KYLE
Clerk

**No. 03-15-00646-CV**

CHET EDWARD CUNNINGHAM,
Appellant,
v.
TARA MICHELLE CUNNINGHAM,
Appellee.

## APPELLANT'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 42.1(a)(1), Appellant Chet Edward Cunningham files this Motion to Dismiss and moves the Court to dismiss the appeal.

1.     Appellant timely perfected the appeal in this matter on October 12, 2015.

2.     The parties have reached an agreement to refer this case to a private judge.  Appellant no longer wishes to pursue this appeal.

3.     Appellant asks that costs be assessed against the party incurring them.

### PRAYER FOR RELIEF

WHEREFORE, Appellant Chet Edward Cunningham respectfully requests that this Court grant the Motion to Dismiss and enter an Order dismissing this appeal and taxing costs against the party that incurred them.

1

Respectfully submitted,

**WEISBART SPRINGER HAYES LLP**
212 Lavaca Street, Suite 200
Austin, Texas  78701
512.652.5780
512.682.2074 fax

By: /s/ Geoffrey Weisbart
      Geoffrey D. Weisbart
      State Bar No. 21102645
      gweisbart@wshllp.com
      P. Bane Phillippi
      State Bar No. 24007843
      bphillippi@wshllp.com

**ATTORNEYS FOR CHET EDWARD CUNNINGHAM**

## CERTIFICATE OF CONFERENCE

The parties reached an agreement to withdraw the appeal which was reduced to an Order and filed with the Travis County District Court on November 13, 2015. As such, Appellee is unopposed to the relief requested herein.

/s/ Geoffrey Weisbart
Geoffrey Weisbart

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by way of:

☐ U.S. Mail, First Class
☐ Certified Mail
☐ Facsimile
☐ Federal Express
☐ Hand Delivery
☒ E-Service

on this 16th day of November, 2015, to wit:

Jeana A. Lungwitz
Domestic Violence Clinic
University of Texas School of Law
727 E. Dean Keeton Street
Austin, Texas  78705
512.232.1358
512.232.9171 Fax
jlungwitz@law.utexas.edu

James "Jake" Gilbreath
WALTERS GILBREATH, PLLC
1301 S. Capital of Texas Hwy., Suite C-120
Austin, Texas  78746
512.320.9160
800.285.7720 Fax
jake@waltersgilbreath.com

/s/ Geoffrey Weisbart
Geoffrey Weisbart